```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 32428
    JOHN D CANFIELD
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-4441
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/17/05 and confirmed on 11/18/05.

   2.  The case was converted to Chapter 7 after confirmation, 12/20/2006.

   3.  The Debtor paid a total of $   5138.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 15000.00 | .00 | 2469.85 |
| INTERNAL REVENUE SERVICE | SECURED | 9429.63 | .00 | 1552.65 |
| CAPITAL ONE BANK | UNSECURED | 1339.02 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 979.01 | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CONSOLIDATED PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER SAFETY TECHNOLO | UNSECURED | 500.00 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 638.64 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1015.73 | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY FOOT ASSOCS | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 2678.17 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2535.91 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 4784.70 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1116.70 | .00 | .00 |
| RESURCENT CAPITAL SERVIC | UNSECURED | 5706.72 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 3400.36 | .00 | .00 |

           Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 24429.63 | 2535.91 | 22159.05 | .00 | 49124.59 |
| PRINCIPAL PAID | 4022.50 | .00 | .00 | .00 | 4022.50 |

```
INTEREST PAID                       .00          .00           .00           .00           .00
TOTAL PAID                      4022.50          .00           .00           .00       4022.50
```

The Debtor's attorney, PATRICK J HART            , was allowed $    1500.00
and was paid $    606.00   direct and $    894.00   through the plan.

The Trustee received $     221.50 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/22/07                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 32428 JOHN D CANFIELD